

U.S.

v.

**Matthew L. COPELAND**

**No. 17-0557/AF**

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 39102

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Marantha LEITFI**

**No. 17-0558/AR**

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 20160678

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Joshua M. SNOW**

**No. 17-0515/AR**

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA 20150481

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Daniel A. DURAN**

**No. 17-0519/AF**

U.S. Court of Appeals for
the Armed Forces.

August 22, 2017

CCA S32407

DAILY JOURNAL

Petitions for Grant of Review Denied

